# BakerHostetler



Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

April 20, 2016

**SO ORDERED**
The conference is adjourned to July 13, 2016 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**VIA ECF**

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Freeplay Music, LLC v. Alibaba Group Holding Ltd. et al. (16-cv-01933-GBD)*

Dear Judge Daniels:

We represent Plaintiff, Freeplay Music, LLC in the above referenced action. We submit this letter to request an adjournment of the May 11, 2016 initial pretrial conference. This is Plaintiff's first request.

Plaintiff filed this action on March 15, 2016. Plaintiff attempted to serve the defendants through its designated agent for service of process, Corporation Service Company ("CSC"), on March 23, 2016. On March 24, 2016, we received a letter from CSC, rejecting service of process. Plaintiff is in the process of investigating this issue, which will likely result in the filing of an amended complaint. As a result, we request an adjournment of at least 60 days of the May 11, 2016 initial pretrial conference.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Tatiana Markel

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC