# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

June 22, 2016

**VIA ECF**

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Freeplay Music, LLC v. Alibaba Group Holding Ltd. et al.* (16-cv-01933-GBD)

Dear Judge Daniels:

On behalf of Plaintiff Freeplay Music, LLC, we write to advise the Court that the parties have reached an agreement in principle to resolve the above-referenced litigation. Plaintiff requests that the status conference currently scheduled for July 13, 2016, and other interim deadlines, be adjourned *sine die* to allow the parties to finalize the settlement and report back to Your Honor within thirty days.

Respectfully submitted,

Tatiana Markel