UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FREEPLAY MUSIC, LLC,

                    Plaintiff,

    -against-

ALIBABA GROUP HOLDING LTD. and
ALIBABA.COM LTD.,

                 Defendants.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 23 2016

ORDER

16 Civ. 1933 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       June 23, 2016

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge