UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPLAY MUSIC, LLC,

                    *Plaintiff*,

-against-

ALIBABA GROUP HOLDING LTD. et al.,

                    *Defendants.*

Case No.: 16-cv-01933 (GBD)

---

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice.

**BAKER & HOSTETLER LLP**

**Dated:** August 12, 2016
New York, New York

By: */s/ Tatiana Markel*
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4615
Facsimile: (212) 589-4201

*Attorneys for Plaintiff*