

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREEPLAY MUSIC, LLC,

                          Case No.: 16-cv-01933 (GBD)

                    *Plaintiff,*

    -against-

ALIBABA GROUP HOLDING LTD. et al.,

                  *Defendants.*

---

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice.

                              **BAKER & HOSTETLER LLP**

| | |
|---|---|
| Dated: August 12, 2016<br>New York, New York | By: */s/ Tatiana Markel*<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com<br>Tatiana Markel<br>Email: tmarkel@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4615<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Plaintiff* |

**SO ORDERED:** AUG 15 2016

*/s/ George B. Daniels*
U.S.D.J.